IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02869-PAB-MJW

LINDA DIANE HALLER and
PRINCE SONG CAMBILARGIU,

    Plaintiff,

v.

JPMORGAN CHASE BANK, National Association, and
DOES 1-10,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF HALLER ONLY**
_____

    This matter comes before the Court on the Notice of Dismissal of Complaint: Without Prejudice [Docket No. 19] filed by plaintiff Linda Diane Haller. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by plaintiff Linda Diane Haller only are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED January 2, 2014.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge