IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02869-PAB-MJW

PRINCE SONG CAMBILARGIU,

Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and
DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion of Defendant JPMorgan Chase Bank, N.A. for Extension of Time to Respond to Plaintiffs' Verified Complaint and File a Proposed Scheduling Order, and to Vacate Scheduling Conference (Docket No. 20) is GRANTED.  Defendant shall have up to and including January 28, 2014 to answer or otherwise respond to plaintiffs' Complaint (Docket No. 1).

It is FURTHER ORDERED that the Scheduling Conference set for January 16, 2014 at 3:00 p.m. is VACATED.

It is FURTHER ORDERED that the Show Cause Order (Docket No. 15) and Show Cause Hearing set for January 16, 2014 at 3:00 p.m. remain in effect as to the remaining plaintiff Prince Song Cambilargui.  The court may vacate the order and hearing if plaintiff files his motion to dismiss prior to the hearing date.

Date: January 3, 2014